MARC V. KALAGIAN
ATTORNEY AT LAW:  149034
ROHLFING & KALAGIAN, LLP
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
TELE: 562/437-7006
FAX:  562/432-2935

Attorneys for Plaintiff MICHAEL HARVEY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HARVEY,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: CV 09-6779 PLA<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

    Based upon the parties' Stipulation for Dismissal with Prejudice, and for cause shown, IT IS ORDERED that the above captioned matter be dismissed with prejudice.

Dated:  May 25, 2010

_____
Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE

-1-